ACCEPTED
01-15-00391-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 1:11:31 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FIRST APPELLATE DISTRICT

### NO. 01-15-00391-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 1:11:31 PM
CHRISTOPHER A. PRINE
Clerk

## EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ

*Appellants*

## v.

## BRILLIANT NOVELTY, L.L.C.

*Appellee*

### APPELLANTS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Appellants Emjo Investments, Ltd. and H.J. von der Goltz file this Unopposed Motion for Extension of Time to File Appellants' Brief under the authority of Texas Rule of Appellate Procedure 10.5(b) and would respectfully show the following:

1. This is Appellants' first request for an extension of time to file their opening brief in this matter.

2. Pursuant to this Court's order dated April 28, 2015, Appellants' opening brief is due May 18, 2015.

3. Appellants request a 20-day extension of the briefing deadline, extending the deadline to June 8, 2015.

4. This is an accelerated appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7).

5. Counsel for Appellants requests this extension to accommodate her

workload and personal time off for the college graduation of her son on May 16, 2015.

Wherefore, Appellants Emjo Investments, Ltd. and H.J. von der Goltz respectfully request that the Court extend the time for them to file their opening brief by 20 days, up to and including June 8, 2015.

Respectfully submitted,

**ELLISON & KELLER, P.C.**

/s/Kelley M. Keller
By: Kelley M. Keller
State Bar No. 11198240
5120 Woodway, Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Facsimile: 713-266-8201
kkeller@ellison-keller.com

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I, Kelley M. Keller, certify that I conferred with counsel for the Appellee regarding the briefing schedule in this appeal. Counsel for Appellee is not opposed to the relief sought in this motion.

/s/Kelley M, Keller
Kelley M. Keller

## CERTIFICATE OF SERVICE

A true and correct copy of *Appellants' Unopposed Motion for Extension of Time to File Appellants' Brief* has been forwarded to all counsel of record on May 11, 2015, via email and/or eservice as follows:

Asher Griffin
Chris Sileo
Sean Flammer
SCOTT, DOUGLASS & MCCONNICO, LLP
600 Congress Ave., Ste 1500
Austin, Texas 78701-2589
Facsimile: 512-474-0731
agriffin@scottdoug.com

*Attorneys for Defendants*
*Chalsys Capital Partners, Meliora Energy*
*Technologies, S.a.r.L, and Sonia Lo*

F. Eric Fryar
Matthew Buschi
Christina Richardson
FRYAR LAW FIRM, P.C.
912 Prairie, Suite 100
Houston, Texas 77002-3145
Facsimile: 281-605-1888
eric@fryarlawfirm.com

*Attorneys for all Intervenors/Plaintiffs*

Jane Langdell Robinson
Jamie Aycock
AHMAD. ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
3460 One Houston Center
1221 McKinney Street
Houston. Texas 77010
Facsimile: 713-658-0062
jrobinson@azalaw.com
jamieaycock@azalaw.com

*Attorneys for Appellant Christoph Henkel*

/s/Kelley M. Keller
Kelley M. Keller